IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL EDWARD ALLEN                                                              PLAINTIFF
#19998

v.                                          4:20CV00808-JM-JTK

LUCAS EMBERTON, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 10th day of September, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE